IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.:   11-mj-00035-GJR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

AMI LYN THOMPSON,

      Defendant.

## ORDER RE: SUBSTITUTION OF COUNSEL

Notice is hereby given, substitution of attorney is hereby approved and so **ORDERED**.  Attorney Marna Lake shall substitute as counsel of record in place of Attorney Steve Laiche.

Dated March 13, 2012.

                                              By the Court:

                                              s/ Gudrun J. Rice
                                              _____
                                              Gudrun J. Rice
                                              U.S. Magistrate Judge