IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gordon P. Gallagher

Criminal Case No.:   11-mj-00035-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AMI LYN THOMPSON,

    Defendant.

## ORDER RE: RECUSAL

    The undersigned, hereby disqualifies himself from proceeding in this matter, pursuant to the provisions of 28 U.S.C. § 455(a) which state that a "magistrate judge shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned" and 28 U.S.C. § 455(b)(1) which states "he shall also disqualify himself . . .where he has . . . personal knowledge of disputed evidentiary facts concerning the proceeding ."

    The undersigned hereby recuses himself from proceeding in this matter.

DATED at Grand Junction, Colorado, this 12th day of October, 2012.

                                        BY THE COURT:

                                        s/Gordon P. Gallagher
                                        _____
                                        Gordon P. Gallagher
                                        United States Magistrate Judge