IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge David L. West

Criminal Case No.:   11-mj-00035-DLW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

AMI LYN THOMPSON,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**
**DATED:   October 15, 2012**

      Motion hearing is set for October 19, 2012 at 10:00 a.m. before U.S. Magistrate David L. West in Grand Junction, Colorado.